6192.   OCEAN STEAMSHIP COMPANY OF SAVANNAH *v.* ROGERS, trustee.

WADE, J.   The evidence as a whole authorized the verdict returned, there is no merit in any of the grounds of the motion for a new trial, and the court did not err in overruling the same.          *Judgment, affirmed.*

DECIDED SEPTEMBER 10, 1915.

Action for damages; from city court of Savannah—Judge Davis Freeman.   November 24, 1914.

*Lawton & Cunningham, A. R. Lawton Jr.,* for plaintiff in error.   *Paul E. Seabrook,* contra.